Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel. (702) 784-5200
Fax. (702) 784-5252
Email: kdove@swlaw.com
jmcbee@swlaw.com

*Attorneys for Defendants Wells Fargo Bank, N.A.; World Savings Bank, FSB; and Wachovia Mortgage, FSB*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| R.S. COPPOLA TRUST – OCT. 19, 1995, RALPH STEPHEN COPPOLA,<br><br>Plaintiffs,<br>v.<br><br>NATIONAL DEFAULT SERVICES; WELLS FARGO BANK, N.A; WORLD SAVINGS BANK, FSB; WACHOVIA MORTGAGE, FSB; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR SECURITIZED TRUST WORLD SAVINGS BANK MORTGAGE PASS-THROUGH CERTIFICATES REMIC 23 TRUST, AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>Defendants. | Case No.: 3:21-cv-00281-MMD-WGC<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendants Wells Fargo Bank, N.A.; World Savings Bank, FSB; and Wachovia Mortgage, FSB (collectively, "Wells Fargo"), by and through their counsel, Snell & Wilmer L.L.P., hereby submit this second motion to extend Wells Fargo's deadline to respond to Plaintiffs R.S. Coppola Trust – Oct. 19, 1995 and Ralph Stephen Coppola's (collectively, "Plaintiffs") First Amended Complaint. [ECF No. 1-1.] This Motion is based upon the Memorandum of Points and Authorities

below, the Declaration of Jennifer L. McBee, Esq., the papers on file, and any oral argument that the court chooses to hear.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to the Court's July 1, 2021 Order allowing Wells Fargo a 21-day extension to respond to the First Amended Complaint ("Extension Order"), Wells Fargo's present deadline to respond to the First Amended Complaint is Thursday, July 22, 2021. [ECF No. 6.] Following entry of the Extension Order, Plaintiffs informed the undersigned counsel of their intention to seek leave of Court to file a Second Amended Complaint, to which Wells Fargo has no objection. To avoid expending resources to respond to the First Amended Complaint – a pleading that will no longer be operative upon Plaintiffs' filing of a Second Amended Complaint – Wells Fargo requests a modest two-week extension to respond to the First Amended Complaint in the event Plaintiffs do not file a Second Amended Complaint.

In the event Plaintiffs file a Second Amended Complaint, Wells Fargo will file its response thereto within the time frame allotted in Federal Rule of Civil Procedure 15(a)(3). This request is supported by good cause and is not for the purpose of delay.

### Relevant Background

Plaintiffs filed their Complaint on February 5, 2021 but did not serve it. Months later, Plaintiffs filed a First Amended Complaint on May 26, 2021. [ECF No. 1-1.] The Complaint was served on Wells Fargo on June 4, 2021. (*See* Exhibit A, Declaration of Jennifer L. McBee, Esq. ("McBee Decl."), ¶ 3.) Wells Fargo removed the litigation to this Court on June 24, 2021. [ECF No. 1.]

Following a failed attempt to obtain a stipulation with Plaintiffs for a 30-day extension to respond to the First Amended Complaint, Wells Fargo filed a motion on June 30, 2021, requesting an extension until July 22, 2021. [ECF No. 5.] On July 1, 2021, this Court granted Wells Fargo's request, allowing Wells Fargo until July 22, 2021 to respond to the First Amended Complaint. [ECF No. 6.]

On July 12, 2021, Mr. Coppola informed the undersigned counsel of his intent to file a motion to amend the First Amended Complaint by July 15, 2021. (McBee Decl., at ¶ 4.) The

motion to amend has not yet been filed.  Today, the undersigned counsel agreed to stipulate to the relief requested – the filing of a Second Amended Complaint – without endorsing the allegations contained therein or the correctness of the parties' names that Plaintiffs intend to amend.  (*Id.*, at ¶ 5.)

**Argument**

The decision to grant an extension or continuance is within the sound discretion of the trial court.  *F.T.C. v. Gill*, 265 F.3d 944, 954-55 (9th Cir. 2001).  Federal Rule of Civil Procedure 6(b)(1) provides that when an act must be done within a specified time, the Court "may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ."

This Court should grant Wells Fargo's Motion because its request is reasonable and will avoid unnecessary duplication and expense.  In the likely event the Court grants Plaintiffs' stipulated request to file a Second Amended Complaint, Wells Fargo's response to the First Amended Complaint will be superseded, requiring Wells Fargo to respond to the Second Amended Complaint as well.  A two-week extension will avoid the unnecessary expense involved in responding to two complaints, back-to-back, while the Court considers Plaintiffs' request for leave to file a Second Amended Complaint.

Plaintiffs will not be prejudiced by an additional 14-day extension for Wells Fargo to respond to the First Amended Complaint, given that Mr. Coppola's stipulated request to file a Second Amended Complaint is likely to be granted, rendering the First Amended Complaint inoperative.

Wells Fargo makes this request in good faith and not to delay these proceedings.  Therefore, Wells Fargo respectfully requests that the Court grant this Motion, and allow Wells Fargo until August 5, 2021 to file a response to Plaintiffs' First Amended Complaint.  In the event Plaintiffs file a Second Amended Complaint, Wells Fargo will respond in compliance with Federal Rule of Civil Procedure 15(a)(3).

/ / /

**Conclusion**

For the foregoing reasons, Wells Fargo respectfully requests an extension to respond to Plaintiffs' First Amended Complaint through and including August 5, 2021.

Dated: July 19, 2021                    SNELL & WILMER L.L.P.

By: _____
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendants Wells Fargo Bank, N.A.; World Savings Bank, FSB; and Wachovia Mortgage, FSB*

IT IS SO ORDERED.

DATED: July 20, 2021.

_____
UNITED STATES MAGISTRATE JUDGE