# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| R.S. COPPOLA TRUST – OCT. 19, 1995, RALPH STEPHEN COPPOLA,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL DEFAULT SERVICES, et al.,<br><br>Defendants. | Case No.: 3:21-cv-00281-MMD-WGC<br><br>**ORDER** |

Before the court is Plaintiffs' "Certification of Compliance with Order Authorizing Registration as a Filer in this Case Utilizing the CM/ECF System" (ECF No. 20) regarding leave to file electronically.

Plaintiffs request permission to file, receive, and serve documents electronically in this case. Plaintiffs provided certification that they are familiar with the CM/ECF tutorial and Electronic Filing Procedures, Best Practices, and with Part IC - Electronic Case Filing of the Local Rules of Practice of the United States District Court (ECF No. 20). The court finds that Plaintiffs have demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

/ / /

**IT IS HEREBY ORDERED** that Plaintiffs shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account. This authorization to file electronically should not be construed as any authorization for Ralph Coppola individually to represent the interests of Ralph Coppola, Trustee, or the R.S. Coppola Trust (*see*, ECF No. 16).

Dated: July 30, 2021.

_William G. Cobb_
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE