# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

R.S. COPPOLA TRUST —Oct. 19, 1995, RALPH STEPHEN COPPOLA,

Plaintiffs

v.

NATIONAL DEFAULT SERVICES, et al.,

Defendants

Case No.: 3:21-cv-00281-MMD-CSD

**Order**

Re: ECF No. 59

Plaintiffs' revised motion to extend the deadline to file a response to Defendants' motion to stay discovery (ECF No. 59) is **GRANTED**. Plaintiff has up to and including **March 23, 2022** to file his response to Defendants' motion to stay discovery.

**IT IS SO ORDERED**.

Dated: March 3, 2022

_____
Craig S. Denney
United States Magistrate Judge